

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00841-CV

**Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay and McRay Money Management, LLC**

**v.**

**Strasburger & Price, LLP**

NO. 2014-32348 IN THE 281ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 11/12/2014 | E-PAID | ANT |
| CLK RECORD | $342.00 | 10/27/2014 | PAID | ANT |
| FILING | $175.00 | 10/22/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 10/22/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $547.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 20, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**